AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 19, 2023**

SEAN F. McAVOY, CLERK

PRICE KANE, LLC, et al,  )
*Plaintiff*  )
v.  )  Civil Action No.   1:22-CV-3098-TOR
)
UNITED STATES DEPARTMENT OF AGRICULTURE, et al,  )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment (ECF No. 35) is GRANTED.
Defendants' Cross Motion to Dismiss (ECF No. 35) is DENIED as moot.
Having resolved the issues in this case, Plaintiffs' Motion for Judgment on the Pleadings (ECF No. 37) is DENIED as moot.
Each party shall bear its own costs and expenses.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE
on Defendants' Motion for Summary Judgment (ECF No. 35).

Date:  September 19, 2023

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry